**No. 09-8558. George Miller, Petitioner v. James R. McDonough, Secretary, Florida Department of Corrections.**

559 U.S. 1012, 130 S. Ct. 1891, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2701.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8560. Derrick McKinney, Petitioner v. John A. Palakovich, Superintendent, State Correctional Institution at Camp Hill, et al.**

559 U.S. 1012, 130 S. Ct. 1891, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2700.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 348 Fed. Appx. 711.

**No. 09-8564. James Newton Beede, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1012, 130 S. Ct. 1891, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2648.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 336 Fed. Appx. 461.

**No. 09-8568. Pocahontas Cooley, Petitioner v. Paul J. Kelly, et ux.**

559 U.S. 1012, 130 S. Ct. 1891, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2687,

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Rhode Island denied.

**No. 09-8570. Richard Eugene Dunson, Petitioner v. Minnesota.**

559 U.S. 1012, 130 S. Ct. 1891, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2590.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

Same case below, 770 N.W.2d 546.

**No. 09-8571. Donnie Don Beverley, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 1012, 130 S. Ct. 1892, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2696.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 732.

**No. 09-8572. Richard Ernest Anaya, Petitioner v. California.**

559 U.S. 1012, 130 S. Ct. 1893, 176 L. Ed. 2d 374, 2010 U.S. LEXIS 2737.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.